UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EMANUEL ROBERT DAVIS, | ) | CASE NO. C05-1730-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION TO STAY PROCEEDINGS |
| DAVID DELUCA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the Court on plaintiff's motion to stay these proceedings. The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby find and ORDER:

(1) Plaintiff's motion to stay these proceedings (Dkt. No. 11) is DENIED. Plaintiff, by way of the instant motion, seeks to stay these proceedings until he is able to secure counsel to represent him in this matter. Plaintiff does not indicate whether he has yet made any attempts to secure counsel nor does he indicate how long he believes this process might take. This Court will not grant an indefinite stay. If plaintiff does not believe he is prepared to proceed with this matter at the present time, he may seek a voluntary dismissal of this action under Rule 41(a) of the

ORDER DENYING PLAINTIFF'S
MOTION TO STAY PROCEEDINGS
PAGE -1

01 Federal Rules of Civil Procedure.

02        DATED this  8th  day of  December , 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION TO STAY PROCEEDINGS
PAGE -2